# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUELINA PEÑA, | : | |
| *Individually and as Independent Administrator* | : | |
| *of the Estate of Ricardo Muñoz, deceased* | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-CV-590-JLS |
| | : | |
| CITY OF LANCASTER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 4th day of January, 2022, upon review of the County of Lancaster's Motion to Dismiss and the opposition thereto, it is hereby **ORDERED** that the County's Motion is **GRANTED** for the reasons set forth in the accompanying Memorandum Opinion, and the County of Lancaster is **DISMISSED** from the case.

                                                    **BY THE COURT:**

                                                    */s/ Jeffrey L. Schmehl*
                                                    **JEFFREY L. SCHMEHL, J.**