| | |
|---|---|
| **From:** | Stan Caterbone <stancaterbone@gmail.com> |
| **Sent:** | Thursday, February 3, 2022 12:46 PM |
| **To:** | PAED Documents |
| **Subject:** | Re: NEW FILING - THURSDAY February 3, 2022 U.S. District Court Case No. 21-cv-590JLS - Motion For AMICUS BRIEF in the above captioned case Miguelina Peña v. City of Lancaster with The Honorable Jeffrey L. Schmehl |
| **Attachments:** | THURSDAY February 3, 2022 U.S. District Court Case No. 21-cv-590JLS - Motion For AMICUS BRIEF in the above captioned case Miguelina Peña v. City of Lancaster with The Honorable Jeffrey L. Schmehl.pdf; 18091621-0--81198 Case No. 21-01169 Rhonda L. Fraction v. Jacklily, LLC.pdf |

**CAUTION - EXTERNAL:**


## Thursday February 3, 2022 12:43pm



**Dear Clerk,**
**No, the Lancaster City Police Hackers CHANGED THE ATTACHMENT.  The CORRECT ATTACHMENT IS AGAIN ATTACHED!**
**Here, this is what I just received today from you guys!  It makes no sense!**




**Stan J. Caterbone, Pro Se Litigant**
**Advanced Media Group**
**www.amgglobalentertainmentgroup.com**
**Linkedin Professional Networking Profile (click here)**
**Twitter for THE ADVANCED MEDIA GROUP**


**Notice and Disclaimer:** Stan J. Caterbone and the Advanced Media Group have been slandered, defamed, and publicly discredited since 1987 due to going public (Whistle Blower) with allegations of misconduct and fraud within International Signal & Control, Plc. of Lancaster, Pa. (ISC pleaded guilty to selling arms to Iraq via South Africa and a $1 Billion Fraud in 1992). Unfortunately we are forced to defend our reputation and the truth without the aid of law enforcement and the media, which would normally prosecute and expose public corruption. We utilize our communications to thwart further libelous and malicious attacks on our person, our property, and our business. We continue our fight for justice through the Courts, and some communications are a means of protecting our rights to continue our pursuit of justice. Advanced Media Group is also a member of the media.  How long can Lancaster County and

**Lancaster City hide me and Continue to Cover-Up my Whistle Blowing of the ISC Scandel;  the Torture from U.S. Sponsored Mind Control; and the crimes of COINTELPRO Operations.  Reply if you wish to be removed from our Contact List.**

On Thu, Feb 3, 2022 at 11:11 AM PAED Documents <paed_documents@paed.uscourts.gov> wrote:

Is this document for the Third Circuit?  If so please direct the filing to them. This email address is strictly for filings in the Eastern District of Pennsylvania.

Please advise.

Thank you.

**From:** Stan Caterbone <stancaterbone@gmail.com>
**Sent:** Thursday, February 3, 2022 10:51 AM
**To:** PAED Documents <paed_documents@paed.uscourts.gov>; Stan J. Caterbone <stancaterbone@gmail.com>
**Subject:** NEW FILING - THURSDAY February 3, 2022 U.S. District Court Case No. 21-cv-590JLS - Motion For AMICUS BRIEF in the above captioned case Miguelina Peña v. City of Lancaster with The Honorable Jeffrey L. Schmehl

**CAUTION - EXTERNAL:**

## Thursday February 4, 2022 10:50

## Dear Clerk, Please file the following:

**THURSDAY February 3, 2022 U.S. District Court Case No. 21-cv-590JLS - Motion For AMICUS BRIEF in the above captioned case Miguelina Peña v. City of Lancaster with The Honorable Jeffrey L. Schmehl**

**Stan J. Caterbone, Pro Se Litigant**

**Advanced Media Group**

[www.amgglobalentertainmentgroup.com](www.amgglobalentertainmentgroup.com)
[Linkedin Professional Networking Profile (click here)](#)

[Twitter for THE ADVANCED MEDIA GROUP](#)

**Notice and Disclaimer:** Stan J. Caterbone and the Advanced Media Group have been slandered, defamed, and publicly discredited since 1987 due to going public (Whistle Blower) with allegations of misconduct and fraud within International Signal & Control, Plc. of Lancaster, Pa. (ISC pleaded guilty to selling arms to Iraq via South Africa and a $1 Billion Fraud in 1992). Unfortunately we are forced to defend our reputation and the truth without the aid of law enforcement and the media, which would normally prosecute and expose public corruption. We utilize our communications to thwart further libelous and malicious attacks on our person, our property, and our business. We continue our fight for justice through the Courts, and some communications are a means of protecting our rights to continue our pursuit of justice. Advanced Media Group is also a member of the media.  How long can Lancaster County and Lancaster City hide me and Continue to Cover-Up my Whistle Blowing of the ISC Scandel;  the Torture from U.S. Sponsored Mind Control; and the crimes of COINTELPRO Operations.  Reply if you wish to be removed from our Contact List.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.