| | |
|---|---|
| **From:** | Stan Caterbone <stancaterbone@gmail.com> |
| **Sent:** | Friday, February 18, 2022 7:49 PM |
| **To:** | PAED Documents |
| **Subject:** | Re: FRIDAY February 18, 2022 U.S. District Court Case No. 21-cv-590JLS - Motion For RECONSIDERATION of February 8th ORDER in the above captioned case Miguelina Peña v. City of Lancaster with The Honorable Jeffrey L. Schmehl |
| **Attachments:** | FRIDAY February 18, 2022 U.S. District Court Case No. 21-cv-590JLS - NOTICE OF APPEAL To U.S. Third Circuit Re Miguelina Peña v. City of Lancaster with The Honorable Jeffrey L. Schmehl.pdf |

**CAUTION - EXTERNAL:**

Friday February 18, 2022 7:48pm



Here Ya Go!  Happy Now?

**Stan J. Caterbone, Pro Se Litigant and Federal Whistleblower
The Advanced Media Group
www.amgglobalentertainmentgroup.com
Linkedin Professional Networking Profile (click here)
Twitter for THE ADVANCED MEDIA GROUP**

**You have no idea of the TORTURE when your BRAIN IS HIJACKED BY ARTIFICIAL INTELLIGENCE Thru The Use of MICROWAVE WEAPONS! It is the ULTIMATE in PAIN & SUFFERING - Welcome To the World of HAVANA SYNDROME. I have been a Federal Whistleblower since 1987 - Re International Signal & Control, or ISC - International Arms Dealer and a Black Budget Company of the CIA and NSA - Indicted in 1991 as one of the largest FRAUDS in the United States. I become a Victim of Microwave Weapons in 2005 and Remote Neural Monitoring as far back as 1987. James Guerin and Company DESERVE A PRESIDENTIAL PARDON!  Click Here To Watch The Video Statement of February 11, 2022**

On Fri, Feb 18, 2022 at 4:49 PM PAED Documents <paed_documents@paed.uscourts.gov> wrote:

> We did not receive a document labeled notice of appeal.  Please resend

Thank you.

---

**From:** Stan Caterbone <stancaterbone@gmail.com>
**Sent:** Friday, February 18, 2022 3:55 PM
**To:** PAED Documents <paed_documents@paed.uscourts.gov>
**Subject:** Re: FRIDAY February 18, 2022 U.S. District Court Case No. 21-cv-590JLS - Motion For RECONSIDERATION of February 8th ORDER in the above captioned case Miguelina Peña v. City of Lancaster with The Honorable Jeffrey L. Schmehl

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.