CLD-176 June 16, 2022

<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. <u>22-1320</u>

MIGUELINA PENA, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF RICARDO MUNOZ, DECEASED

    v.

CITY OF LANCASTER, a municipal corporation; JARRAD BERKIHISER, in his individual and official capacity as Chief of Police for the CITY OF LANCASTER; KARSON ARNOLD, in his individual and official capacity as police officer for the CITY OF LANCASTER; COUNTY OF LANCASTER, PENNSYLVANIA; UNKNOWN POLICE OFFICERS

    STANLEY J. CATERBONE, Appellant*

    *(Pursuant to Fed. R. App. P. 12(a))

    (E.D. Pa. Civ. No. 5-21-cv-00590)

Present:    AMBRO, SHWARTZ and BIBAS, <u>Circuit</u> <u>Judges</u>

    Submitted are

        (1)     Appellant's document in support of appeal;

        (2)     By the Clerk for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) or summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6;

        (3)     Appellant's response; and

        (4)     By the Clerk for possible dismissal due to a jurisdictional defect

in the above-captioned case.

                                                        Respectfully,

                                                        Clerk

_____ORDER_____

This appeal is dismissed for lack of jurisdiction. Appellant appeals from an order denying his motion to participate as amicus. Such orders are not reviewable. See United States v. Brooker, 976 F.3d 228, 238 n.6 (2d Cir. 2020).

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: July 13, 2022
JK/cc: Stanley J. Caterbone
All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate