IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUELINA PEÑA, *Individually and as Independent Administrator of the Estate of Ricardo Muñoz, deceased* | : : : : : |
| Plaintiff, | : : |
| v. | CIVIL ACTION NO. 21-590 : : |
| CITY OF LANCASTER *et al.*, | : : |
| Defendants. | : |

## ORDER

**AND NOW**, this 7th day of September, 2023, upon consideration of Defendants' *Motion for Judgment on the Pleadings* (ECF No. 55) and the briefing relating thereto (ECF Nos. 71, 73), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' motion is **GRANTED IN PART AND DENIED IN PART**.

BY THE COURT:

 */s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**