IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUELINA PENA, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF RICARDO MUNOZ, DECEASED, <br><br> *Plaintiff*, <br><br> v. <br><br> CITY OF LANCASTER, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 5:21-cv-00590-JLS |

# O R D E R

**AND NOW**, this 4th day of August, 2025, upon consideration of the City Defendants' Motion for Summary Judgment (the "Motion"), ECF No. 112, the parties' respective motions to strike, ECF Nos. 127, 130, all responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

(1) the Motion is **GRANTED** as to Counts II, V, VI, VII, and X;

(2) Plaintiff's claim for compensatory damages under Count IX is **BARRED**;

(3) the Motion is **DENIED** in all other respects, specifically with respect to Counts IV and XI;

(4) the motions to strike, ECF Nos. 127, 130 are **DENIED**;

(5) a final pre-trial conference is **SCHEDULED** for October 30, 2025, at 2:00 p.m. in the Reading Courthouse, which is located at 201 Penn Street, Fifth Floor, Reading, Pennsylvania 19601;

(6) jury selection on the remaining claims is **SCHEDULED** to commence on December 1, 2025, at 9:30 a.m. in the James A. Bryne Courthouse (courtroom to be determined), located at 601 Market St. Philadelphia, PA 19106; and

(7)  trial shall begin on December 2, 2025, in the Reading Courthouse.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**